IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:23cr104-MHT
                            )            (WO)
LAPORCHIE HOWARD            )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Laporchie Howard to receive mental-health treatment to address the issues identified by Dr. McLendon Garrett.  *See* Psych. Evaluation (Doc. 132-1) at 13-14.  Such treatment shall begin with a psychiatric consultation to determine defendant Howard's psychotropic medication needs, if any.  The evaluator shall also assess her risk of domestic violence and recommend whether treatment specific to sex offenders is warranted.  Treatment shall include, at least at the

beginning, weekly sessions of individual psychotherapy (with a focus on developing adaptive coping mechanisms and identifying the root causes of her substance abuse, domestic violence, and poor decision-making).

(2) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Howard is faring.

(3) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health practitioner treating defendant Howard receives a copy of the psychological evaluation conducted by Dr. McLendon Garrett, *see* Psych. Evaluation (Doc. 132-1).

DONE, this the 21st day of December, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

2